

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-25-00121-CR

---

**JEFFREY COLVIN, APPELLANT**

V.

**THE STATE OF TEXAS, APPELLEE**

---

On Appeal from the County Court at Law No. 1
Lubbock County, Texas
Trial Court No. CC-2024-CR-2921, Honorable Mark Hocker, Presiding

---

September 25, 2025

MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, Jeffrey Colvin, appeals his conviction for indecent assault[1] and sentence to three hundred and sixty-five days of confinement in Lubbock County Jail, suspended in favor of community supervision for eighteen months. Pending before this Court is Appellant's motion seeking to voluntarily dismiss the appeal. As required by Rule of Appellate Procedure 42.2(a), the motion to dismiss is signed by both Appellant and his

---

[1] *See* TEX. PENAL CODE ANN. § 22.012.

attorney.  As no decision of the Court has been delivered, the motion is granted and the appeal is dismissed.  No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.